JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: June 23, 2011

Check No. 2027193

Check Amount: $642.15

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-40437-R | 00000 | JANICE M. CHAMPION | | XXXXX7334 | 622.15 | 0.00 | 622.15 |
| | | Original check written to: JANICE M. CHAMPION 2202 MEMPHIS STREET ENNIS, TX 75119 | | | | | |
| 10-44126-R | 00000 | SARAH COTTON & MARK DARRIN HOWARD | 0 | XXXXX7742 | 20.00 | 0.00 | 20.00 |
| | | | | XXXXX9409 | | | |
| | | Original check written to: SARAH COTTON HOWARD 2100 DRAKE DRIVE RICHARDSON, TX 75081 | | | | | |
| | | | **TOTALS** | | **$642.15** | **$0.00** | **$642.15** |